**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| Jacob Anthony Samborski, Jr. <br> and <br> Judith Ann Samborski, <br><br> Plaintiffs, <br><br> vs. <br><br> Green Tree Servicing, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 09-43320-drd13 <br> ) <br> ) <br> ) <br> ) Adversary No. 14-04010-drd <br> ) <br> ) <br> ) |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this 22nd day of July 2015 a true and correct copy of the Order DENYING the Motion to Compel Defendant to Issue a Corrected 1099 and for Attorneys Fees was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to all counsel of record.

    Respectfully Submitted,

*/s/* Chelsea S. Springer
_____
Chelsea S. Springer #51089
The Law Offices of Tracy L. Robinson, LC
1125 Grand Boulevard, Suite 1300
Kansas City, MO  64106
Phone: (816) 842-1317
Fax: (816) 842-0315
admin@tlrlaw.com
Attorney for Plaintiffs